IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
        PLAINTIFF,

                                              8:10CR44

V.

                                              ORDER

LINDA SWAIN-ARMSTRONG,
        DEFENDANT.

       This matter came on for hearing on June 15, 2011.  Following receipt of Cashier's Check # 552830 by the Clerk of the District Court for the District of Nebraska in the amount of $103,880.04 for payment of restitution in case 8:10CR44.  It is ordered that the Clerk of the District Court deposit the check, and hold the funds until the Judgment in the criminal case is filed, or until further ordered by the court regarding disposition of the funds.

       Dated this 16th day of June, 2011.

                                                              s/ Joseph F. Bataillon
                                                              Chief United States District Judge